NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MESA DIGITAL, LLC,**

*Plaintiff-Appellant*

**v.**

**INGENICO INC.,**

*Defendant-Appellee*

---

2024-2126

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:23-cv-05238-TWT, Judge Thomas W. Thrash, Jr.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2                          MESA DIGITAL, LLC v. INGENICO INC.

accordance with the rules.

FOR THE COURT

November 6, 2024
Date

Jarrett B. Perlow
Clerk of Court